1492

# CASE ANNOUNCEMENTS

*July 29, 2014*

[Cite as *07/29/2014 Case Announcements #3*, 2014-Ohio-3300.]

## MOTION AND PROCEDURAL RULINGS

**2014–0168. Equity Dublin Assocs. v. Testa.**
Board of Tax Appeals, Nos. 2011–Q–1792 and 2011–Q–1795. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellees' motion for oral argument before the full court, it is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*July 30, 2014*

[Cite as *07/30/2014 Case Announcements*, 2014-Ohio-3306.]

## MOTION AND PROCEDURAL RULINGS

**2013–1882. Brecksville–Broadview Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–779 and 2012–1686. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0120. State v. Moore.**
Mahoning App. No. 08 MA 20, 2013-Ohio-5868. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.

Upon consideration of the motions for admission pro hac vice of Marsha Levick, Matthew Hellman, Erica L. Ross, Jessica V. Sutton, Matthew Kudzin, and Anna P. Engh, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–1034. Auflick v. Healthcare Industries Corp.**
Athens App. No. 13CA47. This cause is pending before the court as a jurisdictional appeal.

Upon review of the notice of appeal and memorandum in support of jurisdiction of appellant, it is evident that Michael C. Skouteris has not filed a timely motion for admission pro hac vice pursuant to S.Ct.Prac.R. 2.02. Therefore, it is ordered by the court, sua sponte, that Michael C. Skouteris is stricken from the notice of appeal and memorandum in support of jurisdiction for failure to comply with S.Ct.Prac.R. 2.02 and Gov.Bar R. XII(2)(A)(6)(a) through (e).

## MISCELLANEOUS DISMISSALS